Ben Bernstein and Lena Bernstein, defendants in error, v. Valentine F. Glass and Elisabeth Glass, plaintiffs in error. Gen. No. 36,002.

Opinion filed July 13, 1932.

Rehearing denied July 25, 1932.

William T. Pridmore, for plaintiffs in error. Ringer, Wilhartz & Hirsch, for defendants in error; Sidney J. Wolf, of counsel.

Mr. Justice Matchett delivered the opinion of the court.